UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| NATHANIEL WATKINS, | Case No.  24-cv-02939-VKD |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| CAPITAL MITIGATION SERVICES, LLC, | Re: Dkt. No. 7 |
| Defendant. | |

The Court is informed that this case has settled.  Dkt. No. 7.  Accordingly, all pending deadlines and appearances are vacated.  On or before **July 16, 2024**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **July 23, 2024 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **July 16, 2024** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: May 20, 2024

_Virginia K. DeMarchi_
VIRGINIA K. DEMARCHI
United States Magistrate Judge

United States District Court
Northern District of California